IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**MARY ELIZABETH KIRKLAND,**

    Plaintiff,

v.                                    CASE NO. 1:14cv191-MP/CAS

**CAROLYN W. COLVIN
Acting Commissioner of Social
Security,**

    Defendant.
_____/

## REPORT AND RECOMMENDATION

The Defendant has filed a motion for remand, doc. 16, and a memorandum in support, doc. 16-1, and is requesting reversal of the decision of the Acting Commissioner pursuant to sentence four of 42 U.S.C. § 405(g), and remand of this cause to the Acting Commissioner. Plaintiff does not oppose a sentence four remand. A sentence four remand is discretionary, but requires that the court enter "a judgment affirming, modifying, or reversing the decision of the Acting Commissioner." The proper option in this case is to reverse the Commissioner's decision and remand. <u>Shalala v. Schaefer</u>, 509 U.S. 292 (1993).

Accordingly, it is **RECOMMENDED** that Defendant's motion, doc. 16, be **GRANTED** and that the order adopting this Report and Recommendation direct the Clerk to enter final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure reversing the decision of the Acting Commissioner and remanding this case to the Acting Commissioner under sentence four of 42 U.S.C. § 405(g) for further proceedings.

**IN CHAMBERS** at Tallahassee, Florida, on April 20, 2015.

s/ Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.